UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

MARK LEWIS,

    Petitioner,

v.      CAUSE NO. 3:18CV848-PPS/MGG

WARDEN,

    Respondent.

## OPINION AND ORDER

Mark Lewis, a prisoner without a lawyer, filed a habeas corpus petition challenging the prison disciplinary hearing (WCC 18-01-570) where a Disciplinary Hearing Officer at the Westville Correctional Facility found him guilty of filing a frivolous claim in violation of Indiana Department of Correction policy B-243 on February 19, 2018. ECF 2 at 1.

However, Lewis did not lose any earned credit time nor was he demoted in credit class as a result of this disciplinary hearing. ECF 2 at 1, 2-1 at 16-17. A prison disciplinary hearing can only be challenged in a habeas corpus proceeding where it results in the lengthening of the duration of confinement. *Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003). Because this disciplinary hearing did not lengthen the duration of Lewis's confinement, habeas corpus relief is not available in this case.

ACCORDINGLY:

Mark Lewis's habeas corpus petition (ECF 2) is DENIED pursuant to Section 2254 Habeas Corpus Rule 4.

The clerk is DIRECTED to close the case.

SO ORDERED on October 23, 2018.

                                            /s/ Philip P. Simon
                                            JUDGE
                                            UNITED STATES DISTRICT COURT